IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| BERNARD J. BAGDIS | : | NO. 07-CR-730-1 |

ORDER

AND NOW, this   10th   day of March, 2010, upon consideration of the Defendant's Motion to Release Pledged Property and the Government's response thereto, it is hereby ORDERED that the Defendant's motion is MOOT.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. The liens on the Defendant's pledged property have already been removed.