IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| BERNARD J. BAGDIS | : | NO. 07-CR-730-1 |

ORDER

AND NOW, this 4th day of August, 2015, upon consideration of Defendant Bernard J. Bagdis' Pro Se Motion to Cancel Transfer Order (Document 655) and his attorney's motion on his behalf (Document 656), it is hereby ORDERED that the request is GRANTED and the Transfer Order is hereby CANCELLED. The Rule 41(G) Hearing is rescheduled for November 10, 2015 at 11:30 a.m.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.